United States District Court
Southern District of Texas
**ENTERED**
August 17, 2020
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| DEBBIE JOHNSON, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| VS. | § | CIVIL ACTION No. 3:19-cv-00019 |
| | § | |
| DITECH FINANCIAL, LLC, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## DISMISSAL ORDER

Before the court is the parties' joint motion to dismiss. Dkt. 38. That motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that all claims asserted by and between the parties in the above-styled and -numbered case are **DISMISSED WITH PREJUDICE** to refiling. *See id.*; Fed. R. Civ. P. 41(a)(1)(A)(ii).

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island on this, the 17th day of August, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE